

# NUMBER 13-19-00469-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ROLAND'S ROOFING CO., INC.

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Order Per Curiam**

By petition for writ of mandamus, relator Roland's Roofing Co., Inc. seeks to compel the trial court to rule on its motion to compel arbitration in the underlying subrogation case. The Court requests that the real parties in interest, Haidar Properties, LLC; Elizabeth Barbara Harms; Nationwide Mutual Insurance; LS Roofing, LLC; and Luis Santisbon; or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
30th day of September, 2019.